ACCEPTED
12-15-00099-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/21/2015 2:59:42 PM
CATHY LUSK
CLERK

| Appellate Docket Number: | 12-15-00099 |
|---|---|

Appellate Case Style: Style: **JOHNSON, DARRIAN DEWAYNE JR**

Vs. State of Texas

| Companion Case: | 12-15-00100 |
|---|---|

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/21/2015 2:59:42 PM
CATHY S. LUSK
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 12th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Darrian | ☐ Lead Attorney |
| Middle Name: Dewayne | First Name: Forrest |
| Last Name: Johnson | Middle Name: K |
| Suffix: Jr. | Last Name: Phifer |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: $0.00 | ☒ Appointed ☐ District/County Attorney |
| Pro Se: ○ | ☐ Retained ☐ Public Defender |
| | Firm Name: Law Office of Forrest K. Phifer |
| | Address 1: P.O. Box 829 |
| | Address 2: |
| | City: Rusk |
| | State: Texas Zip+4: 75785-0829 |
| | Telephone: 903-683-9592 ext. |
| | Fax: 903-683-9592 |
| | Email: phiferlawoffice@suddenlink.net |
| | SBN: 15908570 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name:   State of Texas | ☒ Lead Attorney |
| Middle Name: | First Name:   Charles |
| Last Name: | Middle Name:   J |
| Suffix: | Last Name:   Breaux |
| Appellee Incarcerated?   ☐ Yes  ☐ No | Suffix:   Jr. |
| Amount of Bond: | ☐ Appointed    ☒ District/County Attorney |
| Pro Se:  ○ | ☐ Retained    ☐ Public Defender |
|  | Firm Name:   District Attorney's Office |
|  | Address 1:   P.O. Box 450 |
|  | Address 2:   135 S. Main |
|  | City:   REusk |
|  | State:   Texas           Zip+4:   75785450 |
|  | Telephone:   903-683-2573        ext. |
|  | Fax:   903-683-2309 |
|  | Email:   charlesb@cocherokee.org |
|  | SBN:   02936800     Add Another Appellee/ Attorney |

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case):   Controlled Substances

Type of Judgment:  Bench Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:   01/008/2015

Offense charged:  Possession/Controlled Substances PG 1  <1G

Date of offense:   07/21/2012

Defendant's plea:  Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by:    ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: 01/20/2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: two (2) years State Jail w/ 150 days credit

Is the appeal from a pre-trial order?   ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:        ☒ Yes  ☐ No    If yes, date filed: 04/15/2015

Motion in Arrest of Judgment: ☐ Yes  ☐ No    If yes, date filed:

Other:  ☒ Yes  ☐ No            If yes, date filed:

If other, please specify: MTA Order issued 1/8/12;Order appointing atty issued 2/12/15, but filed 3/17/15 & served 3/25/15

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes  ☐ No  ☐ NA    If yes, date filed: 01/20/2015

Date of hearing:                    ☒ NA

Date of order:   02/12/2015        ☐ NA

Ruling on motion: ☒ Granted  ☐ Denied  ☐ NA    If granted or denied, date of ruling: 02/12/2015

## VIII. Trial Court And Record

Court: Second Judicial District Court

County: Cherokee County

Trial Court Docket Number (Cause no): 18851

Trial Court Judge (who tried or disposed of the case):

First Name: Bascom

Middle Name: W

Last Name: Bentley

Suffix: III.

Address 1: 135 S. Main

Address 2:

City: Rusk

State: Texas        Zip + 4: 75785

Telephone: 903-683-2236    ext.

Fax: 903-683-2238

Email:

Clerk's Record:

Trial Court Clerk: ☒ District  ☐ County

Was clerk's record requested?  ☒ Yes ☐ No

If yes, date requested: 04/15/2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?  ☒ Yes ☐ No

Was reporter's record requested?  ☒ Yes ☐ No

Was the reporter's record electronically recorded?  ☒ Yes ☐ No

If yes, date requested: 04/15/2015

Were payment arrangements made with the court reporter/court recorder?  ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: Nancy

Middle Name:

Last Name: Adams

Suffix:

Address 1: 135 S. Main

Address 2:

City: Rusk

State: Texas        Zip + 4: 75785

Telephone: 903-683-2236    ext.

Fax: 903-683-2238

Email:

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 12-15-00100        Court: 12th Judicial Court of Appeals

Style: Johnson, Darrian Dewayne Jr

     Vs.    State of Texas

## X. Signature

_____
Signature of counsel (or Pro Se Party)

Date: 04/21/2015

State Bar No: 15908570

Printed Name:
_____

Electronic Signature: /s/ Forrest K. Phifer       Name: Forrest K. Phifer
(Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on 04/21/2015 .

_____
Signature of counsel (or pro se party)

Electronic Signature: /s/ Forrest K. Phifer
(Optional)

State Bar No.: 15908570

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

      (1) the date and manner of service;
      (2) the name and address of each person served, and
      (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: 04/21/2015

Manner Served: Fax

First Name: Charles

Middle Name: J

Last Name: Braux

Suffix: Jr.

Law Firm Name: District Attorney's Office

Address 1: 135 S. Main

Address 2: P.O. Box 450

City: Rusk

State Texas          Zip+4: 75785

Telephone: 903-683-2573          ext.

Fax: 903-683-2309

Email: